IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
( Greenbelt Division)

| | | |
|---|---|---|
| PEPI SCHAFLER | * | |
| Plaintiff | * | |
| v | * | Case No: 8: 09-CV-01758-AW |
| HSBC BANK USA | * | |
| SCOTT D. MILLER | | |
| PHILLIPS LYTLE | * | |
| DAVID J. MACNAMARA | | |
| MICHAEL B. POWERS | * | |
| M&T BANK | | |
| JAMES J. FRENCH | * | |
| Defendants | * | |

FILED
LODGED
SEP 0 8 2009
U.S. DISTRICT ....
DISTRICT OF MARYLAND
DEP...

**PLAINTIFF'S URGENT PLEA TO THE COURT TO ORDER DEFENDANTS* TO FAMILIARIZE THEIR ATTORNEYS WITH THE FACTS OF THIS CASE. AND THE PONZI SCHEME OF LIES, FRAUD ,PERJURY, FORGERY, OBSTRUCTION OF JUSTICE AND TRUE RICO RACKETEERING <u>IN WHICH ALL THESE DEFENDANTS ENGAGED IN, AND TO DENY THE REQUESTED RELIEF</u>**

Plaintiff Pepi Schafler hereby asks this Court to order the above named Defendants * minus Defendant M&T Bank who has separate counsel, to familiarize their attorneys with the facts of this case, and to deny the requested relief .

This is a very serious matter of gross criminal conduct, extensive perjury , fraud, brazen forgery, obstruction of justice , a true RICO racketeering conspiracy that requires someone to know the facts and not repeat snippets of past crimes.

The attorneys are negligent by not familiarizing themselves with the facts, and by presenting arguments based on perjured, false, and forged statements or so called "evidence" While Plaintiff does not care about the quality of their representation, but they make statements

and seek relief and make representations that they know -it is their job to know , are bogus and false , created fraudulently by their clients. They can't pretend that they know nothing.

## ARGUMENT

Plaintiff had informed the Court that this case is a civil proceeding about a Ponzi scheme and criminal conspiracy executed through lies, fraud, perjury, forgery , swindles and obstruction of justice, ongoing for more than two decades, depriving Plaintiff of her money and costing fees

After arranging to negotiate, convert , launder and distribute two forged checks in amount of $95.600 of Plaintiff's money , Defendants entered into a criminal racketeering conspiracy to deny Plaintiff her money , by falsely and perjuriously , through brazen deceit and obstruction of justice, create a whole "pretend " scenario that: the funds are "here,there or they had been " there and here " and are now in some new place This was all theater of the depraved criminals created by the Defendants to obstruct justice The obstruction of justice lies were told to 40 Judges , including the Appellate courts by Defendant Miller Esq.and Defendant HSBC Bank

It took 18 years for Plaintiff to discover that the Defendants had operated a criminal Ponzi scheme of lies, fraud, perjury , swindles , building one upon the other. The facts were that as the forged checks were negotiated the day they were presented , the stolen funds were laundered and removed in cash within 12 days. 18 years of deceit was created by the depraved Defendants.

The magnitude of Defendants depravity was uncovered during an ongoing NY State Court proceeding which concluded with Defendant Michael Powers Esq .being - the designated liar, perjurer and crook. His tale was false and obstructed justice ,but he prevailed. Crime pays

Starting with *tabula rasa* , in October 2006 Plaintiff filed a claim for restitution pursuant to UCC and the bank check laws, and a claim in tort for fraud and other . Plaintiff did not know

2

what a perverted, depraved liar Defendant Powers Esq. is. He shamelessly, brazenly presented false, perjured and forged documents to a federal court under the penalty of perjury, also signed by Defendant French Esq. alleging there was "action 1 and action 2" the action for divorce (Plaintiff divorced during the pendency of this matter), and in which Plaintiff was compensated for their theft and crimes. In other words Plaintiff filed suit against these Defendants, but she compensated herself from her share of the assets from the marital distribution.

Defendant Powers impermissibly attached the judgment of divorce, which he stole earlier from a NY State Appellate Court, although it was completely unrelated, there is ample evidence by honest and honorable attorneys that there was no mention or adjudication of this - truth and facts do not bother Mr. Powers - he does not even recognized it. At a hearing, Defendant Powers rambled on about "action 1 and action 2" like a fast talking street thug. Plaintiff listened with revulsion at this debasing of the judicial process, and the gross obstruction of justice which is a crime. The court dismissed Plaintiff's claim-but what was *de facto dismissed* were the perjured and forged pleadings. some really crude, and the invented tales. Nothing truly relating to this case has ever been adjudicated, because of the extensive criminality by the Defendants.

In filing the instant claim in Circuit Court and thereafter the remand, Plaintiff had decided to prevent the Defendants from taking up the Court's time with their lies, perjury and forgeries, and "action 1 and action 2" by providing the Court with the 1200 page transcript for the Court to take Judicial Notice of what all the litigants know, so everyone can start from the same point, since Defendants lie, commit crimes and obstruct justice.. They mourn the loss of a major lying tool. .

Defendants's objections to this request for Judicial Notice are ill conceived and not valid.

Other objections. :

3

<u>Objection 1</u>   The present matter was remanded from the Circuit court therefore the Federal Rules of Civil Procedure are not applicable

<u>Objection 2</u>  *Peters v Lincoln Elect Co 285 F.3 456* is an ERISA claim subject to labor law and not applicable to the present matter either

<u>Objection 3</u>   There is no post trial evidence involved here. There has never been a trial  At best it is "post felony" evidence. Defendants have committed a string of felonies in the present matter for which they have not been held accountable yet. But the time to do so is not up either.

<u>Objection 4</u>   The 1200 page transcript is for the Court to take judicial notice only. There is nothing in the transcript that relates to this conversion, theft and money laundering the subject of the present matter.  Plaintiff knows that . Defendants know that as well but because the transcript has not previously been provided to the Court, they have been continuously lying to to the Courts, committing perjuries and forgeries regarding it's contents Plaintiff has underestimated .their depraved criminality The felony fraud and deceit regarding the transcript was introduced after the earlier felonies were exposed regarding the money laundering and theft . Therefore when the Court has the information as well, the 24 years of obstruction of justice will come to an end. .

One of the attorneys filed a pleading, speaking about "action 1 and action 2" . He urgently needs the therapeutic benefits that will come from a meeting with himself, his clients, and reading some of the facts in the case , all of which will spare him from filing false and perjured pleadings with the Court.

4

## CONCLUSION

Plaintiff hereby asks the Court to Order the Defendants to familiarize the attorneys with the facts of the case, not the frauds, perjury, forgery and RICO activities and felonies they have engaged in up to the present Although the Defendants are lawyers who are felonious liars and lie to all Courts, perhaps local counsel can be persuaded not to lie to the Court..

Plaintiff hereby asks the Court to deny Defendants requested relief.

Respectfully Submitted

Dr. Pepi Schaffer, JD, MSSS
10829 Brewer House Road
North Bethesda, MD 20852
Tel: 301-881-7079
Fx:  301-881-7202

## CERTIFICATE OF SERVICE

A copy of the foregoing was mailed by first class mail, postage prepaid from the Post office in Potomac Maryland to the following

Jeremy Shulman Esq
Alexander C. Vincent Esq.
Shulman , Rogers et al
12505 Park Potomac Ave , Sixth Floor
Potomac , Maryland , 20854

Date  September 3, 2009

Dr. Pepi Schaffer, JD, MSSS

10820 Brewer House Road
North Bethesda MD, 20852
Tel: 301-881-7079
Fx; 301-881-7202